IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS W. ZACH,

    Plaintiff,

 v.

JAMES THORPE, ROBERT SCHENCK,
KAREN GOURLIE, WELCOME ROSE,
TIMOTHY LUNDQUIST, and JEAN CARLSON,

    Defendants.

ORDER

16-cv-442-jdp

---

THOMAS W. ZACH,

    Plaintiff,

 v.

BRIAN BEAHM, TROY HERMANS,
ROBERT SCHENCK, BOB BRYZENSKI, BRENNAN,
LOGAN, TODD JOHNSON, DON RENFRO,
RANDY BERZ, DEIDRE MORGAN, SARA POLK,
CHRISTINE BRATZ, DR. DELAP, and K. LOVELL,

    Defendants.

ORDER

16-cv-823-jdp

---

The court held a telephonic conference on December 20, 2018, to discuss plaintiff Thomas W. Zach's ability to meet the deadlines in these cases given his health problems. This order memorializes my rulings at that conference.

I denied Zach's renewed request for the court's assistance in recruiting him counsel. He is articulate, understands his cases and the pertinent legal principles, and he should be able to set forth his version of events. He faces health-based impediments to producing written documents, which the court will accommodate by adjusting the schedule.

I gave defendants a window of January 15, 2019, to February 15, 2019, in which to depose Zach. I directed the parties to work together to find a suitable time and place for that deposition. Because Zach's writing capabilities are currently hindered by his hand injury, I directed the state to incorporate all of its written discovery questions into the deposition. The state has agreed to allow Zach to bring another person to accompany him at the deposition.

The dispositive-motions deadline in both cases is moved to March 8, 2019. In light of Zach's health issues, the response date is extended to May 6, 2019. The reply date is May 20, 2019. The current trial dates are struck and I will reset them if necessary following a summary judgment ruling.

Zach stated that he might choose to dismiss the cases. Counsel for defendants will contact him next week to discuss his intentions.

ORDER

IT IS ORDERED that:

1. Plaintiff Thomas W. Zach's renewed motion for the court's assistance in recruiting him counsel is DENIED.

2. The schedule is amended as discussed above.

Entered December 20, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge