IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS W. ZACH,

                Plaintiff,

  v.

JAMES THORPE, ROBERT SCHENCK,
KAREN GOURLIE, WELCOME ROSE,
TIMOTHY LUNDQUIST, and JEAN CARLSON,

                Defendants.

ORDER

16-cv-442-jdp

---

THOMAS W. ZACH,

                Plaintiff,

  v.

BRIAN BEAHM, TROY HERMANS,
ROBERT SCHENCK, BOB BRYZENSKI, BRENNAN,
LOGAN, TODD JOHNSON, DON RENFRO,
RANDY BERZ, DEIDRE MORGAN, SARA POLK,
CHRISTINE BRATZ, DR. DELAP, and K. LOVELL,

                Defendants.

ORDER

16-cv-823-jdp

---

Plaintiff Thomas Zach has filed another motion to stay these cases. Dkt. 55 in the '442 case. He also asks for my recusal or to transfer the case to another venue. This motion is addressed to Magistrate Judge Oppeneer, but Judge Oppeneer cannot grant reconsideration of my decisions, order my recusal, or transfer the case. I am the appropriate judicial officer to rule on those requests. Because nothing in Zach's new submission warrants granting any of his requests, I will deny the motion. As I have previously explained to Zach, his current tasks are to gather evidence and contact attorneys.

Zach suggests that a new lawyer has filed a notice of appearance for defendants, replacing the original lawyer assigned to defendants. But there is no such notice on the dockets in these cases, so I will direct defendants to respond to this order, indicating whether there has been a change of counsel.

ORDER

IT IS ORDERED that:

1. Plaintiff Thomas W. Zach's motion for assistance in recruiting counsel, for recusal, and for transfer, Dkt. 55 in the '442 case, is DENIED.

2. Defendants may have until February 5, 2019, to respond to this order.

Entered January 30, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge